10/16/26

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

----------------------------------------------------------------x

ATTY MATHURIN, and MARGALIE CHARLES ZAMY,

Plaintiff,

v.

Markwayne Mullin, U.S. SECRETARY OF HOMELAND SECURITY, Joseph B. Edlow, DIRECTOR, U.S. CITIZENSHIP AND IMMIGRATION SERVICES, and Todd Blanche, U.S. ATTORNEY GENERAL,

Defendants.

----------------------------------------------------------------x

**STIPULATION OF DISMISSAL**
**<u>WITH PREJUDICE</u>**

Civil Action No.
1:26-cv-4998

(Matsumoto, J.)

IT IS HEREBY STIPULATED AND AGREED, by and between the parties to the above-captioned action, that this action shall be dismissed with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), with each party to bear its own costs, expenses, and fees.

Dated: New York, New York
October 16, 2026

By: ______________________________

Patrick Caston Crowley
Sholla Law Firm P.C.
150 Broadway,13th Floor, Ste 1300
New York, NY 10038
(212) 680-4636
pcrowley@shollalawfirm.com
*Counsel for Plaintiffs*

Dated: Brooklyn, New York
October 16, 2026

JOSEPH NOCELLA, JR.
United States Attorney
*Counsel for Defendants*
Eastern District of New York
271-A Cadman Plaza East
Brooklyn, New York 11201

By: *_/s Justin S. Kirschner_*
Justin S. Kirschner
Assistant U.S. Attorney
(718) 254-6884
Justin.Kirschner@usdoj.gov